

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00092-CV

BRIAN CLAY EARLE AND LINDA GALE HURLEY, Appellants

V.

WILLIAM E. MOORE AND MARY R. MOORE, Appellees

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 2018-419

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellants have filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     December 16, 2019
Date Decided:       December 17, 2019